|   |   |
|---|---|
| 1 |   |
| 2 |   |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 16CR1802-H |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Booking No. 58150-298 |
| v. | ) | |
| | ) | JUDGMENT AND ORDER |
| MARTHA ORNELAS-OLETA (1), | ) | OF DISMISSAL |
| Defendant. | ) | |
| | ) | |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Information in the above entitled case against defendant Martha Ornelas-Oleta. The defendant is hereby discharged as to this case only.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 17, 2016

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE